**HOGAN LOVELLS US LLP**
Vassi Iliadis (SBN 296382)
James Ettinger (SBN 344292)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hoganlovells.com
jay.ettinger@hoganlovells.com

Adam Cooke (*pro hac vice* forthcoming)
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
adam.a.cooke@hoganlovells.com

*Attorneys for Defendant*
*Optum, Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JOHN DOE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

OPTUM, INC.,

Defendant.

Case No. 3:25-cv-0044-CAB-JLB

The Honorable Cathy A. Bencivengo

**DEFENDANT OPTUM, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY ACTION**

PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT

*[Memorandum of Points and Authorities, Declaration of Heather Fisher, Declaration of Vassi Iliadis Declaration of Simone Pepper, and Declaration of Rebecca Thompson filed concurrently herewith]*

Complaint Served: January 7, 2025
Trial Date: None Set

## NOTICE OF MOTION AND MOTION

**TO PLAINTIFF AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Optum, Inc. ("Optum" or "Defendant") will, and hereby does, move the Court for an order to compel individual arbitration of the claims of Plaintiff John Doe ("Plaintiff") and stay this action pending the completion of the individual arbitration proceeding. This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1–16, specifically 9 U.S.C. § 3, calling for a stay of proceedings when the issues therein are referable to arbitration, and 9 U.S.C. § 4, providing for the Court to issue an order directing the parties to arbitrate in accordance with the terms of their agreements. Here, Plaintiff assented to a binding arbitration provision that governs this dispute when creating an online account on November 20, 2023.

This Motion is based on this Notice of Motion and Motion; Memorandum of Points and Authorities in support thereof; the Declaration of Heather Fisher, and all exhibits attached thereto; the Declaration of Vassi Iliadis; the Declaration of Simone Pepper, and all exhibits attached thereto; the Declaration of Rebecca Thompson; and all documents in the Court's file. On March 18, 2025, counsel for Defendant met and conferred with counsel for Plaintiff regarding this Motion and provided notice pursuant to the Court's Civil Case Procedure about certain materials in Defendant's exhibits that Plaintiff may wish to designate as confidential. *See* Declaration of Vassi Iliadis ("Iliadis Decl.) ¶ 3. On March 24, 2025, counsel for Plaintiff confirmed that Plaintiff would not move to seal any of the noticed materials. *Id.* ¶ 4.

///

///

///

///

///

Dated: March 31, 2025

**HOGAN LOVELLS US LLP**

By: /s/ *Vassi Iliadis*

Vassi Iliadis (SBN 296382)
James Ettinger (SBN 344292)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hoganlovells.com
jay.ettinger@hoganlovells.com

Adam Cooke (*pro hac vice* forthcoming)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
adam.a.cooke@hoganlovells.com

*Attorneys for Defendant Optum, Inc.*