Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**Swigart Law Group, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

*Attorneys for Plaintiffs and The Putative Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OPTUM, INC.,<br><br>Defendant. | Case No: 3:25-CV-0044-CAB-JLB<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY ACTION**<br><br>Judge: Hon. Cathy A. Bencivengo |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, by and through his undersigned counsel, hereby states that he does not oppose the Motion to Compel Arbitration and Stay Action filed by Defendant on March 31, 2025, Dkt. No. 10.

///

///

///

///

Respectfully submitted,

**Swigart Law Group**

Date: April 17, 2025

By: *s/ Joshua Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorneys for Plaintiffs
and the Putative Class